WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY DENISE GARCIA PEREZ;<br><br>Plaintiff,<br><br>vs.<br><br>JACQUELIN ELIZABETH MONSON; DOES I through XX, inclusive; and ROE BUSINESS ENTITITES I through XX, inclusive.<br><br>Defendant. | Case No:    2:24-cv-00754-MMD-MDC<br><br>**ORDER GRANTING STIPULATION FOR EXTENSTION OF TIME FOR FILING REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Defendant JACQUELIN ELIZABETH MONSON, and Plaintiff KELLY DENISE GARCIA PEERZ, through their respective counsel, stipulate and agree as follows:

1. On August 11, 2025, Defendant filed a Motion for Summary Judgment ("Motion") [ECF #23].

2. On August 29, 2025, Plaintiff filed her Response to Defendant's Motion for Summary Judgment [ECF #25].

3. Defendant's Reply in Support of the Motion is currently due on September 12, 2025. Counsel for Defendant requires additional time to complete the reply as lead counsel for Defendant, William H. Pruitt, Esq., and other office members were out of the office for several days due to illness, and Mr. Pruitt had a family matter out of state that unexpectedly required his presence.

///

1

4. As such, the parties stipulate that Defendant shall have an additional one (1) week, until September 19, 2025, to file a Reply in Support of the Motion.

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the first request to extend the deadline for Defendant to file a Reply in Support of Defendant's Motion for Summary Judgment.

| Dated this 10th day of September, 2025 | Dated this 11th day of September, 2025 |
|---|---|
| BARRON & PRUITT, LLP | LADAH LAW FIRM |
| /s/ William H. Pruitt<br>WILLIAM H. PRUITT, ESQ.<br>Nevada Bar No. 6783<br>3890 West Ann Road<br>North Las Vegas, Nevada 89031<br>*Attorneys for Defendant* | /s/ Andrew Guzik<br>ANDREW GUZIK, ESQ.<br>Nevada Bar No. 12758<br>517 South Third Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED this 15th day of September, 2025.

2