**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**SEAN DEROEST, ESQ.**
Nevada Bar No. 16224
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELLY DENISE GARCIA PEREZ; | Case No:        2:24-cv-00754-MMD-MDC |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR FILING JOINT PRE-TRIAL ORDER** (First Request) |
| JACQUELIN ELIZABETH MONSON; DOES I through XX, inclusive; and ROE BUSINESS ENTITITES I through XX, inclusive. | |
| Defendant. | |

Defendant JACQUELIN ELIZABETH MONSON, and Plaintiff KELLY DENISE GARCIA PEERZ, through their respective counsel, submit the following stipulation and order to extend the deadline for filing the joint pretrial order pursuant to LR IA 6-1.  This is the first stipulation for extension of time to file the joint pretrial order.

The Joint Pre-Trial Order is currently due in this matter by July 13, 2026.  The parties participated in a settlement conference on June 11, 2026.  Although this matter did not settle at that time, settlement negotiations have continued and the parties believe that a settlement agreement will likely be reached.  Additionally, lead counsel for Defendant, William H. Pruitt, is currently out of the office for a planned family vacation.  For these reasons, the parties have agreed to extend the time for filing the Joint Pretrial Order by 30 days, subject to this Court's approval. The parties hereby request that the deadline to file the Joint Pretrial Order be extended to August 12, 2026.

///

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

1

This Stipulation is submitted in good faith and is not interposed for purposes of delay. **This is the first request to extend the deadline for filing the Joint Pretrial Order.**

Respectfully submitted,

Dated this 7th day of July, 2026                    Dated this 7th day of July, 2026

BARRON & PRUITT, LLP                              LADAH LAW FIRM

 /s/ Sean DeRoest                                  /s/ Thomas W. Maroney
WILLIAM H. PRUITT, ESQ.                           THOMAS W. MARONEY, ESQ.
Nevada Bar No. 6783                               Nevada Bar No. 13913
SEAN DEROEST, ESQ.                                517 South Third Street
Nevada Bar No. 16224                              Las Vegas, NV 89101
3890 West Ann Road                                *Attorneys for Plaintiff*
North Las Vegas, Nevada 89031
*Attorneys for Defendant*


**IT IS SO ORDERED.**

DATED this 9th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950