**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**SEAN DEROEST, ESQ.**
Nevada Bar No. 16224
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLY DENISE GARCIA PEREZ;<br><br>Plaintiff,<br>vs.<br><br>JACQUELIN ELIZABETH MONSON; DOES I through XX, inclusive; and ROE BUSINESS ENTITITES I through XX, inclusive.<br><br>Defendant. | Case No: 2:24-cv-00754-MMD-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, KELLY DENISE GARCIA PEREZ, by and through her attorney of record, Thomas W. Maroney, Esq. of Ladah Law Firm, and Defendant JACQUELIN ELIZABETH MONSON, by and through her attorney William H.

///

///

///

///

///

///

///

///

///

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

Pruitt, Esq. of the law firm Barron & Pruitt, LLP, that the above-entitled matter may be dismissed in its entirety, with prejudice, each party to bear its own costs and fees.

Dated this 18th day of September, 2026

BARRON & PRUITT, LLP

*/s/ William H. Pruitt*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
SEAN DEROEST, ESQ.
Nevada Bar No. 16224
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

Dated this 18th day of September, 2026

LADAH LAW FIRM

*/s/ Thomas W. Maroney*
THOMAS W. MARONEY, ESQ.
Nevada Bar No. 13913
517 South Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE